STATE OF CONNECTICUT *v.* GARY L. HANSON

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 32, is granted, with limitation.

*Vincent J. Giedraitis,* in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided September 23, 1987

HANS LUNDGREN *v.* TOWN OF STRATFORD

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 138, is denied.

*Anthony M. Guerrera,* in support of the petition.

*Gerald F. Stevens,* in opposition.

Decided October 9, 1987

STATE OF CONNECTICUT *v.* NELSON E. MCINTOSH

The state's petition for certification for appeal from the Appellate Court, 12 Conn. App. 179, is denied.

*Robert P. Hanahan,* special assistant state's attorney, in support of the petition.

Decided October 9, 1987

RICHARD O'BYMACHOW *v.* DEBRA LEE O'BYMACHOW

The plaintiff's petition for certification for appeal from the Appellate Court, 12 Conn. App. 113, is denied.

*Michael J. McClary,* in support of the petition.

Decided October 9, 1987